**Order filed, October 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00592-CR
_____

**WANDA KAY JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Crim Ct No 2**
**Tarrant County, Texas**
**Trial Court Cause No. 1235806D**

---

## ORDER

The reporter's record in this case was due **September 26, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Peggy Ballew**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM